

1
2
3
4
5
6
7                    UNITED STATES DISTRICT COURT
8                   SOUTHERN DISTRICT OF CALIFORNIA

9  UNITED STATES OF AMERICA,        )   Criminal Case No. 08cr602-BEN
                                    )
10                Plaintiff,        )   I N F O R M A T I O N
                                    )
11       v.                         )   Title 18, U.S.C., Sec. 1001 -
                                    )   False Statement to a Federal
12  GUSTAVO ALBERTO ABURTO-LAUREL,  )   Officer
                                    )
13                Defendant.        )
                                    )
14

15       The United States Attorney charges:

16       On or about *, within the Southern District of California,
17  defendant GUSTAVO ALBERTO ABURTO-LAUREL, in a matter within the
18  jurisdiction of the United States Department of Homeland Security, a
19  department and agency of the United States, did knowingly and
20  willfully make false, fictitious and fraudulent statements and
21  representations as to material facts in that he did represent and
22  state to * that *, whereas in truth and fact, as defendant then and
23  there well knew that statement and representation was false,
24  fictitious and fraudulent when made; in violation of Title 18, United
25  States Code, Section 1001.

26
27
28

WMC:mg:San Diego
2/22/08

1 | DATED: _____.

KAREN P. HEWITT
United States Attorney

*/s/ W. Mark Conover*

W. MARK CONOVER
Assistant U.S. Attorney