※▵ AO 455 (Rev. 12/03) Waiver of Indictment

# UNITED STATES DISTRICT COURT

**SOUTHERN** _____ DISTRICT OF _____ **CALIFORNIA**

UNITED STATES OF AMERICA

V.

**Gustavo Alberto Aburto-Laurel**

## WAIVER OF INDICTMENT

CASE NUMBER: _08 CR 602-BEN_

_08MJ0309_

I, _____ **Gustavo Alberto Aburto-Laurel** _____ , the above named defendant, who is accused of

18 U.S.C. § 1001 - False Statement - Felony

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open

court on _____ **March 4, 2008** _____ prosecution by indictment and consent that the pro-
_Date_

ceeding may be by information rather than by indictment.

**FILED**

MAR - 4 2008

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

X _Gustavo Aburto Laurel_
_Defendant_

_Sara Peloz_
_Counsel for Defendant_

Before _____
_Judge_

K:\COMMON\CSA\forms\2005\Waiver_indi.wpd